# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2020 DEC 14 PM 1:08

U.S. DISTRICT COURT
DISTRICT OF MASS.

**ANDREA BROOKS**
*Plaintiff*

v.

Civil Action No.:
4:20-CV-40148-DHH

**WILLIAM ALBERT D'ERRICO JR., ET AL.**
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lisa D'Errico
13 Mobile Coach Lane
Mont Vernon NH 03057

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrea Brooks
96 Old County Road
Winchendon MA 01475

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Sandra Burgos
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2020-11-27 13:29:06, Clerk USDC DMA

Civil Action No.: **4:20-CV-40148-DHH**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Lisa D'Errico__

was received by me on (date) __Dec 9 2020__

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization)_____
_____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other (specify): __Certified Mail Return Receipt__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

__Dec 11 2020__
Date

Server's Signature

__Andrea Brooks__
Printed name and title

__96 Old County Road__
__Winchendon MA 01475__
Server's Address

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ⟨signature⟩ | ☒ Agent<br>☐ Addressee |
| | B. Received by *(Printed Name)* | C. Date of Delivery<br>12/2/20 |
| 1. Article Addressed to:<br><br>Lisa D'Errico<br>13 Mobile Coach Lane<br>Mont Vernon NH 03057 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5293 9154 1649 11 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ...ed Mail<br>☐ ...ed Mail Restricted Delivery<br>    (...$500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7020 2450 0000 0625 5105 | | |

PS Form **3811**, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



9590 9402 5293 9154 1649 11

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box•

Andrea Brooks
96 Old County Road
Winchendon MA 01475