# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

---

**ANDREA BROOKS**

*Plaintiff*

v.

**WILLIAM ALBERT D'ERRICO JR., ET AL.**

*Defendant*

Civil Action No.:
4:20-CV-40148-DHH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mark Derby
4 Baboosic Lake Road
Merrimack NH 03054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrea Brooks
96 Old County Road
Winchendon MA 01475

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Sandra Burgos

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2020-11-27 13:29:06, Clerk USDC DMA

Civil Action No.: 4:20-CV-40148-DHH

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **Mark Derby**

was received by me on (date) **Dec 9, 2020**

☐ I personally served the summons on the individual at (place)_____
_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date)_____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is
designated by law to accept service of process on behalf of (name of organization)_____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☑ Other (specify): **Certified Mail Return Receipt**

My fees are $ _____ for travel and $ _____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

**Dec 11 2020**
Date

Server's Signature

**Andrea Brooks**
Printed name and title

**96 Old County Road**
**Winchendon MA 01475**
Server's Address

Additional information regarding attempted service, etc:

ALERT: USPS IS EXPERIENCING UNPRECEDENTED PACKAGE INCREASES AND LIMITED EMP...

# USPS Tracking®

FAQs >

Track Another Package  +

**Tracking Number:** 70202450000006255037                                    Remove ✕

Your item was delivered to an individual at the address at 1:51 pm on November 30, 2020 in MERRIMACK, NH 03054.

## ✓ Delivered

November 30, 2020 at 1:51 pm
Delivered, Left with Individual
MERRIMACK, NH 03054

Get Updates ∨

---

**Text & Email Updates**                                                                              ∨

---

**Tracking History**                                                                                  ∧

**November 30, 2020, 1:51 pm**
Delivered, Left with Individual
MERRIMACK, NH 03054
Your item was delivered to an individual at the address at 1:51 pm on November 30, 2020 in MERRIMACK, NH 03054.

**November 29, 2020, 1:07 pm**
Departed USPS Destination Facility
MANCHESTER, NH 03103

**November 29, 2020, 7:44 am**
Arrived at USPS Destination Facility
MANCHESTER, NH 03103

**November 28, 2020, 11:40 pm**
Arrived at USPS Regional Origin Facility
BOSTON MA DISTRIBUTION CENTER

**November 28, 2020, 11:32 am**
USPS in possession of item
GARDNER, MA 01440

.

---

**Product Information** ⌄

---

**See Less** ⌃

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark Derby
4 Baboosic Lake Road
Merrimack NH 03054

9590 9402 5293 9154 1649 80

2. Article Number (Transfer from service label)

7020 2450 0000 0625 5037

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
11/30/2020

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

U.S. DISTRICT COURT
DISTRICT OF MASS.
2020 DEC 16 PM 1:51
FILED
IN CLERKS OFFICE

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



9590 9402 5293 9154 1649 80

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box•

Andrea Brooks
96 Old County Road
Winchendon MA 01475