# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ANDREA BROOKS, )
)
    Plaintiff ) Case No.: 4:20-CV-40148-DHH
)
v. )
)
CYNTHIA P. GILMAN, ESQ. )
ET AL, )
)
    Defendants. )
)

## APPEARANCE

| APPEARANCE | WITHDRAWAL |
|---|---|
| Please enter my appearance as Counsel for_____ | Please withdraw my appearance as Counsel for: |
| ☒ Pro se | Notice of Withdrawal sent to my clients on: |
| at the following address: | |

Date:   December 21, 2020

_____
Signature

Cynthia P. Gilman, Esq., Pro Se
Printed Name
38 W. Brook Street
Manchester, NH 03101
*Address*

cpgilman@cpgilmanlaw.com
*E-mail address*
(603) 623-1222
*Telephone number*
(603) 623-1344
*Fax number*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THIS Appearance was served on the following persons on this date and in the manner specified herein:

Via first class mail:

Andrea Brooks, Plaintiff, 96 Old County Road, Winchendon, MA 01475
William

Kenneth Sansone, Esquire, New Hampshire Department of Justice, Office of Attorney General, 33 Capital Street, Concord, NH 03301

|  |  |
|---|---|
| December 21, 2020 | *[signature]* |
| Date | Signature |