# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

*****************************************
| | |
|---|---|
| Andrea Brooks, | * |
|     Plaintiff | * |
| | * |
| v. | *    Civil No. 4:20-cv-40148-DHH |
| | * |
| William Albert D'Errico, Jr., et. al. , | * |
|     Defendants | * |
| | * |

*****************************************

## ALICE S. LOVE/SUSAN B. CARBON/LAUREN THORN/MARK S. DERBY/JULIE INTROCASO/JUDGE MICHAEL RYAN/NEW HAMPSHIRE FAMILY COURT, 9TH CIRCUIT'S MOTION TO DISMISS

Pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, defendants Marital Master Alice S. Love, Judge Susan B. Carbon, Referee Lauren Thorn, Judge Mark S. Derby, Judge Julie Introcaso, Judge Michael Ryan, and New Hampshire Family Court, 9th Circuit (the "judicial defendants"), by and through their counsel, the New Hampshire Office of the Attorney General, hereby move to dismiss the complaint against them in this action in its entirety.

In support of this motion, the judicial defendants rely on their Memorandum of Reasons in Support of [the Judicial Defendants'] Motion to Dismiss, filed this day pursuant to Local Rule 7.1(b)(1).

WHEREFORE, the judicial defendants respectfully requests that this Honorable Court:

A.  Dismiss the complaint against the judicial defendants in its entirety; and

B.  Grant them such other and further relief as is just and proper.

Respectfully submitted,

MARITAL MASTER ALICE S.
LOVE / JUDGE SUSAN B.
CARBON / REFEREE LAUREN
THORN / JUDGE MARK S.
DERBY / JUDGE JULIE
INTROCASO / JUDGE MICHAEL
RYAN / NEW HAMPSHIRE
FAMILY COURT, 9TH CIRCUIT

By their attorney,

GORDEN J. MACDONALD
ATTORNEY GENERAL

December 21, 2020                    /s/ Anthony J. Galdieri
                                     Anthony J. Galdieri
                                     BBO No. #672450
                                     Senior Assistant Attorney General
                                     NH Department of Justice
                                     Office of the Attorney General
                                     33 Capitol Street
                                     Concord, NH 03301
                                     (603) 271-3650

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was mailed this 21st day of December 2020, postage prepaid, to:

Andrea Brooks
96 Old County Road
Winchendon, Massachusetts 01475

/s/ Anthony J. Galdieri
Anthony J. Galdieri
BBO No. 672450