≊AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | **APPEARANCE** |
|---|---|
| V. | |
| Andrea Brooks v. William Albert D'Errico Jr., | Case Number: 4:20-cv-40148-DHH |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

New Hampshire Family Court, 9th Circuit;
Judge Susan B. Carbon;
Judge Mark S. Derby;
Judge Julie Introcaso;
Judge Michael Ryan;
Marital Master Alice S. Love; and
Referee Lauren Thorn;

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

☐ CJA Appointment
☐ Federal Public Defender
☐ Retained
☐ Pro Bono

| 12/22/2020 | Anthony J. Galdieri | Digitally signed by Anthony J. Galdieri<br>Date: 2020.12.22 09:24:10 -05'00' |
|---|---|---|
| Date | Signature | |
| | Anthony J. Galdieri | 672450 |
| | Print Name | Bar Number |
| | NH Dpt. of Justice, 33 Capitol Street | |
| | Address | |
| | Concord           NH | 03301 |
| | City           State | Zip Code |
| | (603) 271-3650 | (603) 271-2110 |
| | Phone Number | Fax Number |