UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREA BROOKS,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM ALBERT D'ERRICO JR., et al.,<br><br>                Defendants. | CIVIL ACTION NO. 4:20-cv-40148-DHH |

### NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by John S. Gannon, Esq., and herewith notices its appearance as counsel for Defendant, METROPOLITAN SECURITY SERVICES INC., d/b/a WALDEN SECURITY, in the above-captioned action.

                                                  Respectfully Submitted,

                                                  SKOLER, ABBOTT & PRESSER P.C.

                                                  __/s/ John S. Gannon__
                                                  John S. Gannon, Esq.
                                                  BBO No. 683845
                                                  One Monarch Place, Suite 2000
                                                  Springfield, Massachusetts  01144
                                                  Tel.:  (413) 737-4753/Fax:  (413) 787-1941
Dated:  December 23, 2020                E-Mail:  jgannon@skoler-abbott.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by First Class, U.S. Mail, postage prepaid to the following individual on December 23, 2020:

Ms. Andrea Brooks
96 Old Country Road
Winchendon, MA 01475

                                                  */s/ John S. Gannon, Esq.*
                                                    John S. Gannon, Esq.