UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREA BROOKS,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM ALBERT D'ERRICO JR., et al..,<br><br>    Defendants. | CIVIL ACTION NO. 4:20-cv-40148-DHH |

## WALDEN SECURITY'S MOTION FOR ADMISSION OF ATTORNEY JUSTIN L. FURROW *PRO HAC VICE*

NOW COMES John S. Gannon, Esq., and moves for the admission of Attorney Justin L. Furrow, *pro hac vice* in this matter, pursuant to Local Rule 83.5.3(b), to represent the Defendant, Metropolitan Security Services d/b/a Walden Security. Defendant Walden Security seeks to have Justin L. Furrow of Chambliss, Bahner & Stophel, P.C., in Chattanooga, Tennessee, represent them in this particular case because he has provided legal representation to the Defendant Walden Security for many years and because of his extensive litigation experience in labor and employment matters. In support of this Motion, the undersigned submits the Affidavit of Attorney Justin L. Furrow, which is attached hereto as **Exhibit A**. I have also verified that the information contained in the affidavit is true and accurate. The firm of Skoler, Abbott & Presser, P.C., will remain as local counsel in this matter.

  WHEREFORE, Defendant Metropolitan Security Services d/b/a Walden Security respectfully requests that Justin L. Furrow be admitted to practice *pro hac vice*.

Respectfully Submitted,

  /s/ *John S. Gannon*  
John S. Gannon, Esq.
BBO No. 683845
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Tel.:  (413) 737-4753/Fax:  (413) 787-1941
Dated:  January 5, 2021　　　　　　　　E-Mail:  jgannon@skoler-abbott.com

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by First Class, U.S. Mail, postage prepaid to the following individual on January 5, 2021:

Ms. Andrea Brooks
96 Old Country Road
Winchendon, MA 01475

  /s/ *John S. Gannon, Esq.*  
John S. Gannon, Esq.