*EXHIBIT A*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREA BROOKS,<br><br>        Plaintiff,<br><br>vs.<br><br>WILLIAM ALBERT D'ERRICO JR., et al.,<br><br>        Defendants. | CIVIL ACTION NO. 4:20-cv-40148-DHH |

## **AFFIDAVIT OF JUSTIN L. FURROW IN SUPPORT OF HIS MOTION FOR ADMISSION PRO HAC VICE**

The undersigned, counsel for Defendant, Metropolitan Security Services d/b/a Walden Security states as follows in support of his contemporaneously filed Motion for Admission *Pro Hac Vice*:

- I am a member of the bar in good standing in the two states in which I am admitted to practice, Tennessee (BPR number 027667) and Georgia (bar number 527645);

- I am not the subject of any disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

- I have never previously applied for admission *pro hac vice* admission to this Court (or any other admission for a limited purpose) and therefore have not had any such admission revoked for misconduct; and

- I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

- I have associated the Massachusetts licensed attorney, John S. Gannon (State Bar No. 683845), of the firm of Skoler, Abbott & Presser, P.C., One Monarch Place, Suite 2000, Springfield, Massachusetts 01144, as co-counsel in the referenced action

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on January 5, 2020.

*/s/ Justin L. Furrow*
Justin L. Furrow, Esq.