January 21, 2021

Case Number 4:20-cv-40148-DHH

Brooks v D'Errico et al

Proof of Service - Summons Returned Executed

I have attached proof of service for the following defendants:

1. Julie Introcaso (green card ending 1473)
2. Susan Carbon (green card ending 1466)
3. Walden Security (USPS printout)

*[signature]* Pro Se   1/21/2021

Andrea Brooks

96 Old County Road

Winchendon MA 01475

FILED IN CLERKS OFFICE
2021 JAN 25 AM 11:14
U.S. DISTRICT COURT
DISTRICT OF MASS.

**December 2, 2020**
In Transit to Next Facility

**December 1, 2020, 12:03 pm**
Arrived at USPS Regional Destination Facility
NASHVILLE TN DISTRIBUTION CENTER ANNEX

**November 28, 2020, 11:40 pm**
Arrived at USPS Regional Origin Facility
BOSTON MA DISTRIBUTION CENTER

**November 28, 2020, 11:51 am**
USPS in possession of item
GARDNER, MA 01440

## Product Information

| **Postal Product:** | **Features:** | See tracking for related item: 9590940252939154164898 |
|---|---|---|
| First-Class Mail® | Certified Mail™ | (/go/TrackConfirmAction?tLabels=9590940252939154164898) |

Feedback

See Less ⋀

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

1/21/2021

Case 4:20-cv-40148-TSH   Document 32   Filed 01/25/21   Page 3 of 5

USPS.com® - USPS Tracking® Results

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...

# USPS Tracking®

FAQs >

Track Another Package +

*FILED IN CLERKS OFFICE 2021 JAN 25 AM 11:14 U.S. DISTRICT COURT DISTRICT OF MASS.*

Tracking Number: 70202450000006255129

Remove ✕

Your item was delivered to an individual at the address at 8:09 am on December 3, 2020 in CHATTANOOGA, TN 37402.



## Delivered

December 3, 2020 at 8:09 am
Delivered, Left with Individual
CHATTANOOGA, TN 37402

Get Updates ∨

---

**Text & Email Updates**  ∨

---

**Tracking History**  ∧

**December 3, 2020, 8:09 am**
Delivered, Left with Individual
CHATTANOOGA, TN 37402
Your item was delivered to an individual at the address at 8:09 am on December 3, 2020 in CHATTANOOGA, TN 37402.

**December 2, 2020, 11:10 pm**
Arrived at USPS Regional Destination Facility
CHATTANOOGA TN DISTRIBUTION CENTER

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Circuit Court Admin Offices
1 Granite Place Suite N400
Concord NH 03301
   Attn: Julie Introcaso



9590 9402 5293 9154 1630 51

2. Article Number (Transfer from service label)

7020 2450 0000 0625 1473

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X (signed) COOS C-19
☐ Agent
☐ Addressee

B. Received by (Printed Name): BONNIE HESLIN
C. Date of Delivery: 12/28/2020

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

2021 JAN 25    U.S. DISTRICT    IN CLERK
               DISTRICT OF MASS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Mail
☐ ...Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| <ul><li>Complete items 1, 2, and 3.</li><li>Print your name and address on the reverse so that we can return the card to you.</li><li>Attach this card to the back of the mailpiece, or on the front if space permits.</li></ul> | A. Signature<br>X @ COOS C-19  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): BONNIE HESLIN<br>C. Date of Delivery: 12/28/2020 |
| 1. Article Addressed to:<br>Circuit Court Admin Offices<br>1 Granite Place Suite N 400<br>Concord NH 03301<br>Attn: Susan Carbon | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☑ No<br><br>U.S. DISTRICT COURT DISTRICT OF MASS. 2021 JAN 25 AM 11:14 FILED IN CLERKS O... |
| <br>9590 9402 5293 9154 1631 12 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 2450 0000 0625 1466 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |