FILED
IN CLERKS OFFICE

2021 JAN 26 PM 2: 00

U.S. DISTRICT COURT
DISTRICT OF MASS

January 21, 2020

Case Number 4:20-cv-40148-DHH

Brooks v. D'Errico et al

Objection to Motion to Dismiss filed by Cynthia Gilman

NOW COMES Plaintiff Andrea Brooks

The following is my response to each of the 12 paragraphs in the Answer/Objection filed by Cynthia Gilman on 12/21/20. ← Document 14

1. The information in paragraph 1 is accurate.
2. In paragraph 2 Cynthia Gilman admits that she was counsel in the New Hampshire Family Court case. Cynthia Gilman also admits that "certain evidence was presented to impute income to the Plaintiff, Andrea Brooks, for the purpose of a child support award." Cynthia Gilman is basically admitting to providing the proof that I was a sex worker.
3. The information in paragraph 3 is somewhat vague. It is unclear why the word earnings is in quotes. I object to the information presented in paragraph 3 on the basis that it is vague and untrue.
4. In paragraph 4 Cynthia Gilman recounts her recollection. I object to the information presented in paragraph 4 on the basis that Cynthia Gilman's recollection is faulty. The information is untrue.
5. Paragraph 5 refers to the fact that I admitted that I started working as a sex worker in 2013. That is accurate.
6. In paragraph 6 Cynthia Gilman is arguing that I was not enslaved because I was already working as a sex worker. That is false. There are many laws that disagree with Cynthia Gilman's argument. The New Hampshire law regarding Interference With Freedom (RSA 633) goes into great detail about compelling a person to perform a service against their will. Cynthia Gilman did in fact assist William D'Errico Jr and his family (Lisa D'Errico, Karen Delaney, and Gerald Delaney) to compel me to continue performing commercial sex acts for William D'Errico Jr's benefit.

1  page 2 on back

    a. New Hampshire RSA 633:7(c) - A person performs a service or labor against his or her will if the person is coerced into performing the service or labor, or if the person willingly begins to perform the service labor but later attempts to withdraw from performance and is compelled to continue performing. The payment of a wage or salary shall not be determinative of whether or not a person was compelled to perform a service or labor against his or her will.

7. Paragraph 7 is a reiteration of paragraph 6. I did in fact raise viable claims of victimization under the Thirteenth Amendment and New Hampshire RSA 633:7.

8. I object to the information presented in paragraph 8 on the basis that I made a viable claim that Cynthia Gilman assisted William D'Errico Jr and his family with abusing the legal process in New Hampshire Family Court to compel me to perform commercial sex acts for William D'Errico Jr's benefit.

9. I have "plausible entitlement to relief" in that I have the right to be relieved from an unlawful Court Order. I am also entitled to restitution and compensation under several laws including New Hampshire RSA 633:10 and The Trafficking Victims Protection Act of 2000.

10. I have stated a plausible claim for relief

11. My claim has facial plausibility.

12. I object to the information stated in paragraph 12. I explained why in the preceding paragraphs.

I am respectfully requesting that this Court **deny** the Motion to Dismiss filed by Cynthia Gilman on December 21, 2020

*[signature]* Pro Se  1/21/2021

Andrea Brooks
96 Old County Road
Winchendon, MA 01475

2