UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANDREA BROOKS,<br>        Plaintiff,<br><br>v.<br><br>WILLIAM ALBERT D'ERRICO, JR., et al.,<br>        Defendants. | CIVIL ACTION<br>NO. 20-40148-DHH |

## ORDER

**January 28, 2021**

Hennessy, M.J.

On November 27, 2020, Plaintiff Andrea Brooks, proceeding pro se, filed the instant complaint against Defendants William Albert D'Errico, Jr., Lisa D'Errico, Karen Delaney, Gerald Thomas Delaney, Cynthia P. Gilman, Alice Spelas Love, Susan B. Carbon, Lauren Thorn, Mark S. Derby, Julie Introcaso, Michael Ryan, Metropolitan Security Services Inc., and the New Hampshire Family Court, 9th Circuit. (Docket #1). On December 22, 2020, pro se Defendants Gerald Thomas Delaney and Karen Delaney ("the Delaneys") filed a motion to dismiss the complaint. (Docket #19). On December 29, 2020, pro se Defendants Lisa D'Errico and William Albert D'Errico, Jr. ("the D'Erricos") filed a separate motion to dismiss. (Docket #24). Neither Plaintiff nor the Delaneys or D'Erricos are registered ECF users.

Federal Rule of Civil Procedure 5 prescribes the proper procedure for serving and filing pleadings and other papers. Pursuant to Rule 5(a)(1)(D), a written motion, such as a motion to dismiss, must be served on every other party to the action. No certificate of service is required

when a motion is served by filing it with the court's electronic-filing system.  However, when a motion is served by other means, a certificate of service must be filed with the motion when it is filed or within a reasonable time after service.  Fed. R. Civ. P. 5(d)(1)(B)(i).  Neither the Delaneys nor the D'Erricos have filed a certificate of service with respect to their motions to dismiss.

Therefore, the Court hereby **ORDERS** the Delaneys to file a certificate of service for their motion to dismiss (Docket #19) by **FEBRUARY 8, 2021**.  The Court further **ORDERS** the D'Erricos to file a certificate of service for their motion to dismiss (Docket #24) by **FEBRUARY 8, 2021**.

/S/ David H. Hennessy
David H. Hennessy
UNITED STATES MAGISTRATE JUDGE