Commonwealth of Massachusetts                                           Rev. 133EE92

# AFFIDAVIT OF SERVICE

I, the undersigned, being duly sworn, hereby affirm that:

My name is Gerald Delaney;

I reside at 4 Bridge St., Bedford, MA 01730;

I am over 18 years of age;

On December 29, 2020, I served Motion to Dismiss re:Case No. 4:20-cv-40148-DHH filed by Defendants Gerald Delaney & Karen Delaney upon Andrea Brooks - Plaintiff located at 96 Old County Rd, Winchendon, County of Worcester, MA.

I completed service by depositing a true copy of the aforesaid document in a prepaid properly addressed envelope at a postal office or official depository under the exclusive care and custody of the United States Postal Service.

Furthermore,

On February 21, 2021, I served Motion to Dismiss re:Case No. 4:20-cv-40148-DHH filed by Defendants Gerald Delaney & Karen Delaney upon the individuals listed below pursuant to Judge Hennessy's Order (Docket #19).

I completed service by depositing a true copy of the aforesaid documents in prepaid properly addressed envelopes at a postal office or official depository under the exclusive care and custody of the United States Postal Service.

Cynthia P. Gilman
38 W Brook Street
Manchester, NH 03101

Alice Spelas Love
4 Baboosic Lake Road
Merrimack, NH 03054

Susan B Carbon
Baboosic Lake Road
Merrimack, NH 03054

Lauren Thorn
4 Baboosic Lake Road
Merrimack, NH 03054

*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*
*2021 FEB -8 PM 1: 43*
*FILED IN CLERKS OFFICE*

Affidavit of Service (Rev. 133EE92)

Mark S. Derby
4 Baboosic Lake Road
Merrimack, NH 03054

Julie Introcaso
4 Baboosic Lake Road
Merrimack, NH 03054

Michael Ryan
4 Baboosic Lake Road
Merrimack, NH 03054

Skoler, Abbott & Presser P.C.
Attn: John S. Gannon, Esq
One Monarch Place
Suite 2000
Springfield, MA
01144
*(Atty for Metropolitan Security Services Inc, dba, Walden Security*

_____
Signature

Gerald Delaney
Printed Name

Affidavit of Service (Rev. 133EE92)

*402*

## NOTARY ACKNOWLEDGMENT

Commonwealth of Massachusetts        )
                                     )   (Seal)
County of Middlesex                  )

The foregoing instrument was acknowledged before me this __5__ day of __February__, 20__21__, by the undersigned, _Gerald T. Mahoney_ who is personally known to me or satisfactorily proven to me to be the person whose name is subscribed to the within instrument.

_Gerald T. Delaney_
Signature

_Alicia A. D'Errico_
Notary Public

My Commission Expires: _May 29, 2026_

ALICIA A. D'ERRICO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 29, 2026

Affidavit of Service (Rev. 133EE92)