FILED
IN CLERKS OFFICE

2021 FEB -8 PM 3: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

Commonwealth of Massachusetts

Rev. 133EE92

## AFFIDAVIT OF SERVICE

I, the undersigned, being duly sworn, hereby affirm that:

My name is Lisa D'Errico

I reside at 13 Mobile Coach Lane, Mont Vernon, NH 03057-1709;

I am over 18 years of age;

On December 29, 2020, I served Motion to Dismiss re:Case No. 4:20-cv-40148-DHH filed by Defendants William D'Errico Jr. & Lisa D'Errico upon Andrea Brooks - Plaintiff located at 96 Old County Rd, Winchendon, County of Worcester, MA.

I completed service by depositing a true copy of the aforesaid document in a prepaid properly addressed envelope at a postal office or official depository under the exclusive care and custody of the United States Postal Service.

Furthermore,

On February 21, 2021, I served Motion to Dismiss re:Case No. 4:20-cv-40148-DHH filed by Defendants William D'Errico Jr. & Lisa D'Errico upon the individuals listed below pursuant to Judge Hennessy's Order (Docket #19).

I completed service by depositing a true copy of the aforesaid documents in prepaid properly addressed envelopes at a postal office or official depository under the exclusive care and custody of the United States Postal Service.

**Affidavit of Service (Rev. 133EE92)**

Cynthia P. Gilman
38 W Brook Street
Manchester, NH 03101

Alice Spelas Love
4 Baboosic Lake Road
Merrimack, NH 03054

Susan B Carbon
Baboosic Lake Road
Merrimack, NH 03054

Lauren Thorn
4 Baboosic Lake Road
Merrimack, NH 03054

Mark S. Derby
4 Baboosic Lake Road
Merrimack, NH 03054

Julie Introcaso
4 Baboosic Lake Road
Merrimack, NH 03054

Michael Ryan
4 Baboosic Lake Road
Merrimack, NH 03054

Skoler, Abbott & Presser P.C.
Attn: John S. Gannon, Esq
One Monarch Place
Suite 2000
Springfield, MA
01144 *(Atty for Metropolitan Security Services Inc, dba, Walden Security)*

_____
Signature

Lisa D'Errico
Printed Name

**Affidavit of Service** (Rev. 133EE92)


*402*

## NOTARY ACKNOWLEDGMENT

Commonwealth of Massachusetts )
                                                        ) (Seal)
County of Middlesex               )

The foregoing instrument was acknowledged before me this _5th_ day of _February_, 20_21_, by the undersigned _Lisa DErico_ who is personally known to me or satisfactorily proven to me to be the person whose name is subscribed to the within instrument.

_____
Signature

**MAUREEN PENA**
Notary Public - New Hampshire
My Commission Expires August 22, 2023

Notary Public

My Commission Expires: _8/22/23_

**Affidavit of Service** (Rev. 133EE92)

MAUREEN PENA
Notary Public - New Hampshire
My Commission Expires August 22, 2023

