UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANDREA BROOKS,<br>    Plaintiff,<br><br>v.<br><br>WILLIAM ALBERT D'ERRICO, JR., et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)   NO. 20-40148-DHH<br>)<br>)<br>) |

## ORDER

**February 12, 2021**

Hennessy, M.J.

  On November 27, 2020, Plaintiff Andrea Brooks, proceeding pro se, filed the instant complaint against Defendants William Albert D'Errico, Jr., Lisa D'Errico, Karen Delaney, Gerald Thomas Delaney, Cynthia P. Gilman, Alice Spelas Love, Susan B. Carbon, Lauren Thorn, Mark S. Derby, Julie Introcaso, Michael Ryan, Metropolitan Security Services Inc., and the New Hampshire Family Court, 9th Circuit. (Docket #1). On December 21, 2020, Defendant Gilman filed a motion to dismiss. (Docket #14). That same day, Defendants Carbon, Derby, Introcaso, Love, Ryan, Thorn, and the New Hampshire Family Court, 9th Circuit filed a separate motion to dismiss. (Docket #16). On December 22, 2020, pro se Defendants Gerald Thomas Delaney and Karen Delaney also filed a motion to dismiss the complaint. (Docket #19). Defendant Metropolitan Security Services, Inc. filed a motion to dismiss on December 23, 2020. (Docket #22). On December 29, 2020, pro se Defendants Lisa D'Errico and William Albert D'Errico, Jr. filed a separate motion to dismiss. (Docket #24). Oppositions to motions to dismiss must be filed

within 14 days after the motion is served.  L.R., D. Mass. 7.1(b)(2).  Plaintiff Brooks has responded to Defendant Gilman's motion (Docket #33) but has failed to respond to any of the other pending motion to dismiss.  Plaintiff Brooks is hereby **ORDERED** to file responses to these motions to dismiss by **March 5, 2021**.  Failure to do so may result in dismissal of her case with prejudice.

/S/ David H. Hennessy
David H. Hennessy
UNITED STATES MAGISTRATE JUDGE