US District Court
for the District
of Massachusetts

February 14, 2020

Case Number 4:20-cv-40148-DHH

Brooks v. D'Errico et al

## Motion for Court Appointed Legal Assistance

NOW COMES Plaintiff Andrea Brooks

I am requesting that this Court assign a qualified person or agency to assist me with this case. I am having difficulty understanding the Federal Rules of Civil Procedure and I am confused about the Local Rules for this Court. I am only requesting assistance and guidance with interpreting the above mentioned Rules. Thank you for considering my request.

*[signature]*  Feb 14, 2021

Andrea Brooks (Pro Se)