Us District Court for the District of Massachusetts

February 14, 2020

Case Number 4:20-cv-40148-DHH

Brooks v. D'Errico et al

Motion for Extended Time to File Responses to Motions to Dismiss

NOW COMES Plaintiff Andrea Brooks

I am requesting an additional three weeks to file my responses to the Motions to Dismiss that were filed by the Defendants. I do not understand the Rules of this Court so I don't know when the deadline to respond is. I am requesting a deadline that is three weeks from the deadline to serve everyone. The deadline I am requesting is March 18, 2021. Thank you for considering my request.

*[signature]* Feb 14 2021

Andrea brooks (Pro Se)