UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Andrea Brooks,                           \*
    Plaintiff                            \*
                                          \*
    v.                                    \*    Civil No. 4:20-cv-40148-DHH
                                           \*
William Albert D'Errico, Jr., *et al.*,  \*
    Defendants                           \*
                                           \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### THE JUDICIAL DEFENDANTS' MOTION FOR LEAVE TO SUBMIT REPLY BRIEF TO [#44] PLAINTIFF'S OBJECTION TO [#16] THE JUDICIAL DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 7.1(b)(3) of this Court's Local Rules, the judicial defendants, by and through their counsel, the New Hampshire Office of the Attorney General, hereby move for leave to submit a reply brief to plaintiff Andrea Brooks' objection to their motion to dismiss. In support thereof, the judicial defendants state as follows:

1.    Ms. Brooks' objection contains undeveloped and conclusory argument. In their proposed four-page reply, the judicial defendants succinctly explain why her arguments are not supported by law.

2.    Good cause exists for granting this motion because the judicial defendants' proposed reply brief responds directly to Ms. Brooks' undeveloped and conclusory arguments in order to clarify why it would be error to accept those arguments under the controlling standards of law. Accordingly, granting this motion will further the twin aims of well-reasoned and fully informed judicial decision making and judicial economy.

3.    There is no reason to believe that granting this motion will unfairly prejudice Ms.

Brooks.  She is not seeking expedited relief in this matter.  Moreover, permitting the judicial defendants to clarify why her undeveloped arguments are unavailing stands to promote justice.

4. In accordance with Local Rule 7.1(a)(2), undersigned counsel certifies that a good faith attempt was made to obtain Ms. Brooks' assent to this motion.  Specifically, on February 24, 2021, a call was placed to the telephone number that Ms. Brooks provided on the Civil Cover Sheet she submitted in this matter.  As of the time of this filing, Ms. Brooks has not responded to the voicemail requesting her assent to this motion.

WHEREFORE, the judicial defendants respectfully request that this Honorable Court:

A. Grant them leave to submit a four-page reply brief to Ms. Brooks' objection to their motion to dismiss;

B. Grant such other and further relief as is just and proper.

Respectfully submitted,

MARITAL MASTER ALICE S. LOVE / JUDGE SUSAN B. CARBON / REFEREE LAUREN THORN / JUDGE MARK S. DERBY / JUDGE JULIE INTROCASO / JUDGE MICHAEL RYAN / NEW HAMPSHIRE FAMILY COURT, 9TH CIRCUIT

By their attorney,

THE NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL

February 25, 2021

*/s/ Anthony J. Galdieri*
Anthony J. Galdieri, BBO No. #672450
Senior Assistant Attorney General
NH Department of Justice
Office of the Attorney General
33 Capitol Street
Concord, NH 03301
(603) 271-3650

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing motion for leave to submit reply brief to [44] Plaintiff's objection to [16] Defendants' motion to dismiss was mailed this 25th day of February 2021, postage prepaid, to:

      Andrea Brooks
      96 Old County Road
      Winchendon, Massachusetts 01475

      */s/ Anthony J. Galdieri*
      Anthony J. Galdieri