UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
Andrea Brooks,                        *
        Plaintiff                     *
                                      *
    v.                                *    Civil No. 4:20-cv-40148-DHH
                                      *
William Albert D'Errico, Jr., et al., *
        Defendants                    *
                                      *
*************************************
```

## AMENDED CERTIFICATE OF SERVICE FOR ECF. #48

I hereby certify that a copy of the motion for leave to submit reply brief to [44] Plaintiff's objection to [16] Defendants' motion to dismiss was mailed on the 25th day of February 2021, postage prepaid, to:

> Andrea Brooks
> 96 Old County Road
> Winchendon, Massachusetts 01475

I further certify a copy of the motion for leave to submit reply brief to [44] Plaintiff's objection to [16] Defendants' motion to dismiss was mailed on the 26th day of February 2021, postage prepaid, to:

> Gerald Thomas Delaney
> 4 Bridge Street
> Bedford, MA 01730
>
> Karen Delaney
> 4 Bridge Street
> Bedford, MA 01730

/s/ Anthony J. Galdieri
Anthony J. Galdieri