## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
*************************************
Andrea Brooks,                       *
        Plaintiff                    *
                                     *
    v.                               *    Civil No. 4:20-cv-40148-DHH
                                     *
William Albert D'Errico, Jr., et al.,*
        Defendants                   *
                                     *
*************************************
```

## CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the undersigned *pro se* party or counsel of record consent to have Magistrate Judge David H. Hennessy conduct all further proceedings in this case, including bench or jury trial, and order the entry of final judgment, with direct review by the First Circuit Court of Appeals if any appeal is filed.

| **Party Represented** | **Signature** | **Date** |
|---|---|---|
| Susan B. Carbon | */s/ Anthony J. Galdieri* | February 26, 2021 |
| Mark S. Derby | */s/ Anthony J. Galdieri* | February 26, 2021 |
| Julie Introcaso | */s/ Anthony J. Galdieri* | February 26, 2021 |
| Alice Spelas Love | */s/ Anthony J. Galdieri* | February 26, 2021 |
| Michael Ryan | */s/ Anthony J. Galdieri* | February 26, 2021 |
| Lauren Thorn | */s/ Anthony J. Galdieri* | February 26, 2021 |
| NH Family Court, 9th Circuit | */s/ Anthony J. Galdieri* | February 26, 2021 |

Respectfully submitted,

MARITAL MASTER ALICE S. LOVE / JUDGE SUSAN B. CARBON / REFEREE LAUREN THORN / JUDGE MARK S. DERBY / JUDGE JULIE INTROCASO / JUDGE MICHAEL RYAN / NEW HAMPSHIRE FAMILY COURT, 9TH CIRCUIT

By their attorney,

THE NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL

February 26, 2021

*/s/ Anthony J. Galdieri*
Anthony J. Galdieri, BBO No. #672450
Senior Assistant Attorney General
NH Department of Justice
Office of the Attorney General
33 Capitol Street
Concord, NH 03301
(603) 271-3650

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the consent to proceed before U.S. Magistrate Judge David H. Hennessy was mailed on the 26th day of February 2021, postage prepaid, to:

Andrea Brooks
96 Old County Road
Winchendon, Massachusetts 01475

Gerald Thomas Delaney
4 Bridge Street
Bedford, MA 01730

Karen Delaney
4 Bridge Street
Bedford, MA 01730

*/s/ Anthony J. Galdieri*
Anthony J. Galdieri