UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

***********************************
Andrea Brooks,               *
  Plaintiff                  *
                             *
V.                           *
                             *   Civil No. 4:20-cv-40148-DHH
                             *
William Albert D'Errico, Jr., et al.,  *
  Defendants                 *
***********************************

## CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the undersigned pro se party or counsel of record consent to have Magistrate Judge David H. Hennessy conduct all further proceedings in this case, including bench or jury trial, and order the entry of final judgment, with direct review by the First Circuit Court of Appeals if any appeal is filed.

| Party Represented | Signature | Date |
|---|---|---|
| Cynthia P. Gilman, Esquire | /s/ Cynthia P. Gilman, Esquire | March 4, 2021 |

Respectfully submitted,

Dated: March 4, 2021

/s/ Cynthia P. Gilman, Esquire
Cynthia P. Gilman, Esquire, Pro Se Co-Defendant
The Law Offices of Cynthia P. Gilman, PLLC
38 W. Brook St.
Manchester, NH 03101
(603) 623-1222

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT THIS Consent was served on the following persons on this date and in the manner specified herein:

Via first class mail:

Andrea Brooks, Plaintiff, 96 Old County Road, Winchendon, MA 01475

Karen Delaney a/k/a Karen D'Errico, 4 Bridge Street, Bedford, MA 01730
Gerald Thomas Delaney, 4 Bridge Street, Bedford, MA 01730

All other parties via electronic notice.


Dated:  March 4, 2021                     /s/ Cynthia P. Gilman, Esquire
                                          Cynthia P. Gilman, Esq., Pro Se Co-Defendant