UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2021 MAR -5 AM 11: 47
U.S. DISTRICT COURT
DISTRICT OF MASS.

Andrea Brooks
_____
                Plaintiff

v.                                              Civil Action No.  4:20-cv-40148-DHH

William Albert D'Errico, Jr., et al.,
_____
                Defendant

## NOTICE

This case has been assigned to Magistrate Judge David H. Hennessy for all purposes. Please read the attached General Order for further information regarding this assignment. Plaintiff, or defendant if the case is initiated by a Notice of Removal, is responsible for submitting this form to the Court advising that all parties consent to the Magistrate Judge's jurisdiction, or indicating that the consent is not unanimous. One document is to be filed.

While consent to the assignment of the case to the Magistrate Judge is entirely voluntary, and no adverse substantive consequences of any kind will redound to an attorney or party refusing consent, submission of this executed form, memorializing consent or refusal to the final assignment to the Magistrate Judge is mandatory. This document is to be electronically filed with the Court within thirty days after the date of service on the last party.

### CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE
(To Be Completed Only If All Parties Consent)

In accordance with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the undersigned *pro se* party or counsel of record consent to have the above named Magistrate Judge conduct all further proceedings in this case, including bench or jury trial, and order the entry of final judgment, with direct review by the First Circuit Court of Appeals if any appeal is filed.

| Party Represented | Signature | Date |
|---|---|---|
| Gerald T. Delaney | /S/ Gerald T. Delaney | 3/3/2021 |
| Karen Delaney | /S/ Karen Delaney | 3/3/2021 |
| William A. D'Errico | /S/ William A. D'Errico, Jr. | 3/3/2021 |
| Lisa D'Errico | /S/ Lisa D'Errico | 3/3/2021 |

(If additional space is needed, additional forms may be attached)

- - OR - -

### REFUSAL TO CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE
(To Be Completed If Any Party Declines to Consent - Please DO NOT Identify the Party)

In accordance with General Order 07-4 , dated December 4, 2007, and as modified by General Order 09-3 (dated March 3, 2009) and General Order 10-1 (dated February 2, 2010) the parties advise the Court that at least one party does not consent to the Magistrate Judge's jurisdiction.

The case will be randomly assigned to a U.S. District Judge for further proceedings. If you elect to have the case proceed before a U.S. District Judge, the above named Magistrate Judge shall continue to be assigned to this case to hear matters referred by the District Judge, in accordance with 28 U.S.C. § 636(b) and Rule 72 of the Federal Rules of Civil Procedure.

Dated: _____          _____

BBO # _____
Address: _____
              _____

## CERTIFICATE OF SERVICE

I, Gerald T. Delaney, hereby certify that a copy of this consent to proceed before U.S. Magistrate Judge David H. Hennessy was mailed on the 4th day of March, 2021, postage prepaid to :

        Andrea Brooks
        96 Od County Road
        Winchendon, MA
        01475