United States District Court for the

District of Massachusetts

March 4, 2021

Case Number 4:20-cv-40148-DHH

Brooks v. D'Errico et al

Objection to Motion to Dismiss Filed by William Albert D'Errico Jr and Lisa D'Errico

Now comes Andrea Brooks, the Plaintiff in this case.

I object to the Motion to Dismiss filed by William Albert D'Errico Jr and Lisa D'Errico (the Defendants). I will respond in detail to the Motion.

### My Objection to the Motion

I offered factual information to support the allegations I made in my initial Complaint. There is hard evidence in the New Hampshire Family Court record that supports the allegations I made. I also briefly mentioned numerous laws that were violated in my case.

### My Response to the Introduction

    A.    I did not have an escort ad on Craigslist or any other website in 2009. The Defendants did not pay me for any encounter we had. It is likely that the Defendants met other people through Craigslist Escort Ads and paid those people for their services but they did not pay me.

    I did not tell the Defendants I was unable to become pregnant. I never said birth control was unnecessary during sexual encounters. In 2009 I had

four very young children ages 6, 4, 3, and 2 years old. I was obviously very fertile at that time so birth control was definitely necessary to prevent pregnancy. The reason Mr D'Errico wanted to have sex with me is exactly because I was so fertile. Mr D'Errico wanted a baby. I never agreed to have sex without a condom because we never had that conversation. In polite terms, Mr D'Errico was assertive (sexually) and I was submissive.

I never asked the Defendants for money for sex or as payment for my baby. The Defendants never offered me money for sex or for my baby. Lisa D'Errico asked me if I would let her adopt my baby and I declined. I said the Defendants could be involved but I was not interested in giving my baby up for adoption. The claim that I requested money for me to give up my parental rights is simply a lie. The lie is one of many attempts to divert attention from the wrongdoing committed by the Defendants.

B. I cooperated willingly with the paternity test that the Defendants ordered because I wanted my son to have a relationship with his father. It was unnecessary for Mr D'Errico to file a petition for visitation rights because I was already letting him have time with our son.

The claim that the Abuse Prevention Order was fraudulent is untrue. I remember Judge Klein in Newton District Court expressing concern about how the situation might impact our son. I reported to Newton District Court that Mr D'Errico was physically aggressive toward me on multiple occasions and Mr D'Errico took photos of me without my consent while I was in the shower (nude). Judge Klein asked us both if we could try to put aside our differences for the sake of our son. My complaints were downplayed and disregarded and the situation got much worse.

C. The Defendants are intentionally misconstruing the facts surrounding me being assaulted by my ex in 2012. The Defendants are

2

attempting to blame me for the trauma I suffered. There is nothing wrong with seeking psychological help after a traumatic event. I never "abandoned" my children. I was dropping my children off to their father and things went horribly wrong. I did nothing wrong. Somerville, Massachusetts Police Department investigated the incident and they found that my ex was at fault. I declined to press charges against him.

The custody order in 2013 was not an emergency order. It was a temporary order. I did not object to the order because I needed help at the time and we were actually coparenting amicably.

The Defendants use the term "our son" referring to Mr D'Errico being granted custody but Lisa D'Errico is not my son's mother. Lisa D'Errico is not a mother because she was unable to have a baby of her own and she chose not to go through the process of adopting a child legally. Lisa D'Errico does not have a son. Someone who tries so hard to steal a child from the mother doesn't even deserve to be called a stepparent because that behavior is so reprehensible. My son has suffered because of the Defendants' refusal to put his needs first.

D.  The Defendants are blatantly lying by claiming that they "had very little contact with" me until 2016. New Hampshire Family Court records show that we did in fact stay in contact because I maintained a relationship with my son during that time.

William Albert D'Errico Jr knew about my escort ads and "various illicit websites" from the start in 2013 and he was fine with everything because I was giving him money. Sex work did not interfere or overlap with my parenting. I continued to spend time with my son throughout 2013 and 2014. In 2015 my parenting time was interrupted by Mr D'Errico when I refused to allow my twelve year old daughter to sleep over Mr D'Errico's house.

3

Lisa D'Errico tried to have my parental rights terminated in New Hampshire Family Court in 2016 in retaliation for me filing a petition for parenting time. New Hampshire Family Court's docket will show the timeline of the filing of documents which proves what I am claiming.

The claim that I "verbally threatened the Defendants after one hearing…" is a lie that can be proven untrue by reviewing the video surveillance from Merrimack, New Hampshire courthouse on the dates that we were present. I never threatened anyone. The dollar amount in this case is symbolic. I want to bring attention to the fact that 150 years after the 13th Amendment was ratified and the Emancipation Proclamation was signed people like me are still being exploited and enslaved in the United States. I have no idea where the Defendants are getting their dollar amount from. Perhaps the symbolism is lost on me. I never demanded money from the Defendants and I never threatened them either.

E.   The Defendants are trying to shift attention from their blatant violation of the Trafficking Victims Protection Act by mentioning breast surgery and a supposed automobile value. The size of my breasts is irrelevant. The truth is that I cannot afford legal assistance and I do not own a vehicle because I cannot afford one.

The Defendants want me to prostitute myself, give the money to them, and call it "child support." That is not child support. That is pimping which is also known as sex trafficking or a violation of the Trafficking Victims Protection Act.

F.   I have no idea what the Defendants told the police or why they felt they needed a no trespass order. There was no hearing regarding that matter. I have "no trespassing" signs on my property. I also have an Order of Protection against Mr D'Errico and there have been two hearings in Gardner,

4

Massachusetts Court in 2019 and 2020 so Mr D'Errico knows exactly why the Order of Protection was granted.

G.   The Defendants are claiming that the Massachusetts Department of Children and Families shared information about an unrelated minor child with them. That would be a serious breach of confidentiality if it was true. I believe the Defendants are lying again. The Defendants also express an absurd "suspicion" that could also be labelled a libelous statement. The Defendants' interest in my daughter (dob 4/15/2003) is extremely inappropriate! It would be best if they did not mention my daughter again.

H.   The Defendants are claiming that I made fraudulent claims to the New Hampshire Department of Children and Families but that is untrue. Mr D'Errico did keep loaded firearms in the home with our son. Mr D'Errico was not drug tested to prove that he is not using drugs in the home with our son. I was told that he uses heroin. Mr D'Errico told me that he abused cocaine in the past and I believe he uses methamphetamines. Mr D'Errico admitted that he uses marijuana but he refused to do a drug test to rule out everything else.

**Mr Response to the Argument**

A.   I explained the many measures taken to violate my parental rights in my initial Complaint

B.   The Defendants claim that I was a sex worker "for over a decade prior to the birth of the child at the center of the dispute." That is not true. From 2002 to 2009 I was either pregnant or breastfeeding, and I was homeschooling my children who were born in 2003, 2005, 2006, and 2007. I only had time to take care of my babies. I was not a sex worker then.

5

      Knowing that someone is a sex worker doesn't make it okay to exploit that person by demanding the money. The "force" and "coercion" occur when a person who has knowledge that someone is "engaged in this type of activity" then they demand some or all of the money. Attempting to extort money from a sex worker by calling it "child support" is coercion.

      I am not "barred" from claiming a violation of any Law or Amendment to the United States Constitution. The Defendants are desperate for the Constitution to not apply to me. The Defendants feel justified in treating me like a second-class citizen both because I am a Black person and because I am sex worker.

      C.    The Defendants are claiming that my allegations are unsupported but my allegations are actually supported by the New Hampshire Family Court record.

      D.    The Defendants are arguing that this case "may be paranoid pro se litigation arising out of a bitter custody fight…" The Defendants are attempting to downplay the seriousness of the multitude of allegations I have made. This is obviously about more than just child custody. Sex Trafficking is a violation of Human Rights.

      E.    The Defendants are claiming that my Complaint is "absent any allegation of force or intimidation" but I am alleging force and intimidation as well as abuse of the legal process.

      F.    My initial Complaint refers to evidence that will be presented in Discovery. My allegations are easily proven. I did my best to report all wrongdoing to the proper authorities.

## My Response to the Conclusion

The Defendants are requesting that I be required to get approval from a judge prior to filing anything with this Court. The Defendants want the rules to be different for me than for them. The Defendants want me to be treated like a person belonging to a social group whose rights are inferior to those of the dominant group in our society. The Defendants do not want me to get Justice in this Court or in any other Court. I implore this Court to prove to the Defendants that Black people and sex workers do in fact get Equal Justice in United States Courts.

In retaliation for me filing my initial Complaint with this Court, Mr D'Errico has not let me pick my son up for Court Ordered Parenting Time since November 2020. My son and I are both deeply hurt by Mr D'Errico's abusive disregard for the Law. I am hopeful that this Court will help my son and me.

Please DENY the Defendants' Motion to Dismiss in its entirety.

*[signature]*   March 5 2021

Andrea Brooks (Pro Se)
96 Old County Road
Winchendon, MA 01475

7