## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Andrea Brooks,                          \*
    Plaintiff                       \*
                                    \*
v.                                      \*   Civil No. 4:20-cv-40148-DHH
                                    \*
William Albert D'Errico, Jr., *et al.*, \*
    Defendants                      \*
                                    \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AMENDED CERTIFICATE OF SERVICE FOR ECF. #62

    I hereby certify that a copy of [62] Defendants' Response to [44] Plaintiff's Objection to [16] Defendants' Motion to Dismiss was mailed on the 11th day of March 2021, postage prepaid, to:

        Andrea Brooks
        96 Old County Road
        Winchendon, Massachusetts 01475

        Gerald Thomas Delaney
        4 Bridge Street
        Bedford, MA 01730

        Karen Delaney
        4 Bridge Street
        Bedford, MA 01730

                                  */s/ Anthony J. Galdieri*
                                  Anthony J. Galdieri