IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREA BROOKS,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM ALBERT D'ERRICO JR., et al.,<br><br>                Defendants. | CIVIL ACTION NO. 4:20-cv-40148-TSH |

## WALDEN SECURITY'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

Pursuant to Rule 7.1(b)(3) of this Court's Local Rules, Metropolitan Security Services, Inc., d/b/a Walden Security, by and through its counsel, hereby moves for leave to submit a reply to Plaintiff Andrea Brooks' March 4, 2021 Objection to Motion to Dismiss Filed by Walden Security.  In support thereof, Walden Security states as follows:

    1.       Plaintiff filed her Complaint on November 27, 2020, alleging a myriad of claims against twelve defendants, including Walden Security.

    2.       Walden Security filed its Motion to Dismiss and an accompanying memorandum of law in support thereof on December 23, 2020, arguing, among other things, that Plaintiff's complaint was void of sufficient factual evidence to support her spurious claims.

    3.       On February 23, 2021, this Honorable Court entered an order granting Plaintiff additional time, until March 18, 2021, to respond to Walden Security's Motion to Dismiss.

    4.       Plaintiff filed her Objection to Motion to Dismiss Filed by Walden Security on March 4, 2021.

5.      Much like Plaintiff's Complaint, Plaintiff's Objection to Motion to Dismiss Filed by Walden Security is replete with undeveloped and conclusory arguments that she contends are sufficient to support the claims made in her Complaint.

6.      In its proposed reply, Walden Security will succinctly explain why Plaintiff's most recent contentions are insufficiently supported in both fact and law and therefore do not provide grounds for denial of Walden Security's Motion to Dismiss.

7.      Good cause exists for granting this motion because Walden Security's proposed reply brief responds directly to Plaintiff's undeveloped and conclusory arguments and will further clarify why those arguments fail under the controlling legal standards.

8.      Plaintiff will not be unfairly prejudiced by this Court granting the instant motion. First, this leave to reply is being filed within the Court's initial extension given to Plaintiff of March 18, 2021, to respond to Walden Security's Motion to Dismiss.  Second, there is no reason to believe nor evidence to suggest that granting this motion will unfairly prejudice Plaintiff, as she is not seeking expedited relief in this matter nor will it cause unnecessary delay in the judicial process.

9.      In accordance with Local Rule 7.1(a)(2), undersigned counsel certifies that a good-faith attempt was made to obtain Plaintiff's consent to this motion.  Specifically, on March 9, 2021, and again on March 10, 2021, a call was placed to the telephone number that Plaintiff provided on the Civil Cover Sheet she submitted in this matter and a voicemail was left at the same.  As of the time of this filing, Plaintiff has not responded to either voicemail.

**WHEREFORE**, Walden Security respectfully requests that this Honorable Court grant the instant motion for leave to reply and enter an order giving Walden Security 14 days from the

entry of that order to file its reply along with any such other and further relief this Court deems is just and proper.

    Respectfully Submitted,

CHAMBLISS, BAHNER & STOPHEL, P.C.

  _/s/ Justin L. Furrow_
(admitted *pro hac vice*)
TN BPR No. 027667
Liberty Tower, Suite 1700
605 Chestnut Street
Chattanooga, Tennessee 37450
Telephone: 423.757.0221
Facsimile: 423.508.1221
E-Mail: jfurrow@chamblisslaw.com

SKOLER, ABBOTT & PRESSER P.C.

  _/s/ John S. Gannon_
John S. Gannon, Esq.
BBO No. 683845
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Telephone: 413.737.4753
Facsimilie 413.787.1941
E-Mail: jgannon@skoler-abbott.com

Attorneys for Defendant

Dated: March 12, 2021

### CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by First Class, U.S. Mail, postage prepaid to the following individual on March 12, 2021:

| | |
|---|---|
| Ms. Andrea Brooks<br>96 Old Country Road<br>Winchendon, MA 01475 | Karen Delaney<br>Gerald Thomas Delaney<br>4 Bridge St.<br>Bedford, MA 01730 |

                                              _/s/ Justin L. Furrow_
                                                Justin L. Furrow