## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Brooks,**
       **Plaintiff,**

       **V.**

**D'Errico, et al.,**
       **Defendants,**

**CIVIL ACTION**

**NO. 20-40148-TSH**

### ORDER OF DISMISSAL

**Hillman, D. J.**

In accordance with the Court's Orders dated 3/22/21, granting the defendants' motions to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

       By the Court,

  **3/22/21**         **/s/ Martin Castles**
    Date         **Deputy Clerk**